# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

Mountain Valley Pipeline, LLC
_____
Plaintiff(s)

V.

Civil Action No.: 7:23cv00809

Philip Ateto, et al.
_____
Defendant(s)

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANICAL INTEREST IN LITIGATION

ONLY ONE FORM NEEDS TO BE COMPLETED FOR A PARTY EVEN IF THE PARTY IS REPRESENTED BY MORE THAN ONE ATTORNEY. DISCLOSURES MUST BE FILED ON BEHALF OF INDIVIDUALS AS WELL AS CORPORATIONS AND OTHER LEGAL-ENTITIES. COUNSEL HAS A CONTINUING DUTY TO UPDATE THIS INFORMATION.

IF YOU ANSWER "YES" TO ANY OF THE FOLLOWING QUESTIONS, THIS STATEMENT MUST BE FILED IN ECF AS A POSITIVE CORPORATE DISCLOSURE STATEMENT.

Pursuant to Standing Order entered May 15, 2000.

Mountain Valley Pipeline, LLC       who is    Plaintiff
(Name of party you represent)                 (Plaintiff/Defendant)

makes the following disclosure:

1. Is the party a publicly held corporation or other publicly held entity?
   ☐ Yes    ☒ No

2. Does the party have any parent corporations?
   ☐ Yes    ☒ No

   If yes, identify all parent corporations, including grandparent and great grandparent corporations:

3. Is 10 percent or more of the party's stock owned by a publicly held corporation or other publicly held entity?
   ☒ Yes    ☐ No

   If yes, identify all such owners:

   See Attachment A.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?
   ☒ Yes    ☐ No

   If yes, identify all such owners:

   See Attachment A.

5. Is the party a trade association?
   ☐ Yes    ☒ No

   If yes, identify all members of the association, their parent corporations, and any publicly held companies that own ten (10%) percent or more of the party's stock:

_____            _____
(Signature)                        (Date) December 14, 2023

## ATTACHMENT A

MVP Holdco, LLC is a member of Mountain Valley Pipeline, LLC that owns 10% or more of the interest in the MVP project, and is a subsidiary of Equitrans Midstream Corporation, a publicly traded company.

US Marcellus Gas Infrastructure, LLC is a member of Mountain Valley Pipeline, LLC that owns 10% or more of the interest in the MVP project, and is a subsidiary of NextEra Energy, Inc., a publicly traded company.

WGL Midstream MVP, LLC (formerly WGL Midstream, Inc.) is a member of Mountain Valley Pipeline, LLC that owns 10% or more of the interest in the MVP project, and is a subsidiary of AltaGas Ltd., a publicly traded company.

Con Edison Gas Pipeline and Storage, LLC is a member of Mountain Valley Pipeline, LLC that owns less than 10% of the interest in the MVP project, and is a subsidiary of Consolidated Edison, Inc., a publicly traded company.

RGC Midstream, LLC is a member of Mountain Valley Pipeline, LLC that owns less than 10% of the interest in the MVP project, and is a subsidiary of RGC Resources, Inc., a publicly traded company.