Mountain Valley Pipeline, LLC v.
Philip Ateto, et al.
Case No. 7:23-cv-00809

Exhibit 1 to
Plaintiff's Response to Defendants' Motion to Dismiss

STATE COURT RECORDS ON
CHRISTIAN SHUSHOK

11/13/2023 09:15 2762230501 VSP DIV4 DISPATCH PAGE 02/07

10/36

GILES 911 5409210164

Oct/26/2023 20:29:30

# WARRANT OF ARREST – FELONY

COMMONWEALTH OF VIRGINIA Va. Code § 19.2-71, -72

Giles
CITY OR COUNTY

[x] General District Court [x] Criminal [ ] Traffic
[ ] Juvenile and Domestic Relations District Court

TO ANY AUTHORIZED OFFICER:

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about 10/16/2023 did unlawfully and feloniously in violation of Section 18.2-47, Code of Virginia:

by force, intimidation or deception, and without legal justification or excuse, seize, take, transport, detain or secrete Tony Kolesar, with the intent to deprive that person of his personal liberty or to withhold or conceal him from any person, authority or institution lawfully entitled to his charge.

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

Trooper Reynolds, J.C. 1278 VSP, Complainant.

CCRE/Fingerprinting Required

10/26/2023 05:38 PM
DATE AND TIME ISSUED

[ ] CLERK [x] MAGISTRATE [ ] JUDGE
E.G. Puckett

*Take buccal sample if DNA Data Bank Sample Tracking System shows no DNA sample in Data Bank.*
*Check if sample previously taken:____ Check if sample taken for this arrest:____*

FORM DC-312 (MASTER PAGE ONE OF TWO) 03/21

CASE NO. C23-4950

F

ACCUSED:

Shushok, Christian Francis
LAST NAME, FIRST NAME, MIDDLE NAME

331 Airport Rd.
ADDRESS/LOCATION

Blacksburg, VA 24060

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BIRTH (MO DAY YR) | HT. (FT. IN.) | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|
| W | M | 11/30/2001 | 5' 06" | | BLU | BRO |

SSN: 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

DL: STATE:

[ ] Commercial Driver's License
[ ] Commercial Motor Vehicle [ ] Hazardous Materials

CLASS 5 FELONY

[X] EXECUTED by arresting the Accused named above on this day:

11-13-23 0821
DATE AND TIME OF SERVICE

J.M. Boone, Arresting Officer

505 VSP 035
BADGE NO., AGENCY AND JURISDICTION

For ____________ SHERIFF

Attorney for the Accused:

Short Offense Description (not a legal definition): ABDUCTION: BY FORCE,ETC, TO DEPRIVE OF LIBERTY

Offense Tracking Number: 071GM2300001644

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code: KID-1010-F5

11/28/23
Hearing Date/Time

2/6/24 8:30

CASH BOND

FELONY

# COMMITMENT ORDER

Commonwealth of Virginia

ACCUSED: Shushok, Christian Francis
NAME (LAST, FIRST, MIDDLE)

Jurisdiction: Giles

ADDRESS: 408 Piedmont St.
Blacksburg, VA 24060

SSN: 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 DOB: 11/30/2001

[ ] General District Court (Traffic)
[X] General District Court (Criminal)
[ ] General District Court (Civil)
[ ] Juvenile & Domestic Relations District Court
[ ] Circuit Court

SEX: [X] Male [ ] Female

STATUS: [X] Adult [ ] Juvenile

CHARGED UNDER: [X] State [ ] Local Ordinance

**CHARGE(S):**

| Offense Tracking Number | Offense Date | Virginia Crime Code (For Administrative Use Only) | Code Section | Case Number |
|---|---|---|---|---|
| 071GM2300001658 | 10-16-23 | CNS-3209-M1<br>INJURE REPUTATION/TRADE/BUSINESS: CONSPIRE | 18.2-499 | |
| 071GM2300001657 | 10-16-23 | LAR-2412-C6<br>UNAUTHORIZED USE OF VEHICLE VALUED >=$1000 | 18.2-22/18.2-102/46.2-390 | |
| 071GM2300001644 | 10-16-23 | KID-1010-F5<br>ABDUCTION: BY FORCE,ETC, TO DEPRIVE OF LIBERTY | 18.2-47 | |

[ ] Addendum listing additional charges is attached and incorporated.

BAIL: $ 3,500.00 [X] Secured [ ] Unsecured [ ] Recognizance
[ ] Held without bail [ ] No additional bail required
[ ] Release by Judicial Officer to custody of responsible person or when accused is no longer intoxicated

Accused [X] may [ ] may not depart the Commonwealth of Virginia. [X] Other conditions of bail on page two.

If **NOT released** on bail,
Court appearance location, date and time:
[x] GENERAL DISTRICT [ ] J&DR [ ] CIRCUIT
Giles
Nov 14, 2023 08:00 AM

If **released** on bail,
Hearing date and time:
Nov 28, 2023 08:00 AM

[ ] Since accused is unable or unwilling to participate in a bail hearing, I order accused to be returned to Judicial Officer for bail determination.

[ ] Currently serving sentence

[ ] Charges pending in .................... Court

Place held in custody (if other than facility serving this jurisdiction): Dublin
NAME OF FACILITY

TO THE SHERIFF, JAIL OFFICER OR CORRECTI[ONAL OFFICER]: [You] are ordered to take custody of and convey the accused to the Court, unless otherwise released.

11/13/2023 09:02 AM
DATE AND TIME

E Gary Puckett
[X] MAGISTRATE [ ] CLERK [ ] JUDGE E. G. Puckett

Received: 11/13/2023 0934
DATE AND TIME

By: [signature] 491

FORM DC-352 (MASTER, PAGE ONE OF TWO) 05/09



CBR 071GM2300001769

Case No(s). ..........

Offense Tracking Number(s): 071GM2300001658 , 071GM2300001657 , 071GM2300001644

Additional Conditions of Bail:

The Accused must

[ ] Submit to Drug/Alcohol Screening

[ ] Submit to Drug/Alcohol Testing

[ ] Comply with a Curfew of ..........

[ ] Avoid All Contact with..........

[ ] Refrain from Possessing Firearm, Destructive Device, Dangerous Weapon

[ ] Refrain from Excessive Use of Alcohol

[ ] Refrain from Use of Illegal Drugs/Controlled Substances not Prescribed by a Health Care Provider

[ ] Maintain or Seek Employment

[ ] Maintain or Commence Education

[ ] The Accused is assigned to home-electronic incarceration

[ ] The Accused is to be monitored by a GPS/other tracking device

[ ] The Accused is to accompany the arresting officer to the jurisdiction's fingerprinting facility and submit to having his photograph and fingerprints taken prior to release.

[X] Other: Do not go on or about Mountain Valley Pipeline jobsite.

**CBR 071GM2300001769**

# CHECKLIST FOR BAIL DETERMINATIONS

Commonwealth of Virginia

Name of the Accused Shushok, Christian Francis

Nature and Circumstances of the Offense 18.2-499 (M) Interfere /business, 18.2-47 (F) Abduction, 18.2-22 /18.2-102/46.2-390 (M) Conspiracy to Unauthorized Use.

Weight of the Evidence 408 Piedmont St./Salem-parents. served warrants

Length of Time in Community Salem-1 yr. +lifelong in Blacksburg. stay w/friend.

Place of Employment student/seasonal/not currently How Long

Family Ties Salem-mother, father

Involvement in Education The University of the South, not recently.

Financial Resources $nothing currently he says.

Pending Charges NO

Was a firearm allegedly used in the offense: [X] No [ ] Yes

Currently on probation or parole? [X] No [ ] Yes

Prior criminal record NO

[ ] The secured bond provision in Virginia Code § 19.2-123 applies [ ] and is waived with the concurrence of the attorney of the Commonwealth or the attorney for the county, city or town.

Prior charges of failing to appear NO//Has been communicative with Atty.

Is this person likely to obstruct or attempt to obstruct justice or threaten, injure or intimidate or attempt to threaten, injure or intimidate a prospective witness, juror, victim, or family or household member as defined in Virginia Code § 16.1-228?

[X] No [ ] Yes Has been co-operative. Turned self in. //accused atty. states that CA takes no position on bond, but if Accused would get some bond, he would be ok with that.

[ ] Pursuant to Virginia Code § 19.2-130.1, terms of bail set in accordance with the order of a court that issued a capias.

Other information

Bail Set $3,500.00 Secured

Special instructions or conditions

[ ] Check if more information is on reverse

11/13/2023
DATE

[signature]
[x] MAGISTRATE [ ] JUDGE
E. G. Puckett

FORM DC-327 FRONT 07/21

# WARRANT OF ARREST – FELONY

COMMONWEALTH OF VIRGINIA Va. Code § 19.2-71, -72

Giles — CITY OR COUNTY

[x] General District Court [x] Criminal [ ] Traffic
[ ] Juvenile and Domestic Relations District Court

CASE NO. C23-4951

F

ACCUSED:
Shushok, Christian Francis — LAST NAME, FIRST NAME, MIDDLE NAME
331 Airport Rd. — ADDRESS/LOCATION
Blacksburg, VA 24060

11/28/23 — Hearing Date/Time
2/6/24 8:30

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BORN MO. DAY YR. | HT. FT. IN. | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|
| W | M | 11/30/2001 | 5' 06" | | BLU | BRO |

SSN: 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
DL: STATE:

[ ] Commercial Driver's License
[ ] Commercial Motor Vehicle [ ] Hazardous Materials

**TO ANY AUTHORIZED OFFICER:**

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about 10/16/2023 did unlawfully and feloniously in violation of Section 18.2-22/18.2-102/46.2-390, Code of Virginia:

did conspire, combine or confederate with another to take, drive, or use a vehicle, valued at $1000.00 or more and belonging to Mountain Valley Pipeline without the consent of, and in absence of the owner with the intent temporarily to deprive the owner of possession.

CLASS U FELONY

[X] EXECUTED by arresting the Accused named above on this day:
11-13-23 0823 — DATE AND TIME OF SERVICE
J.A. Boone — Arresting Officer
505 VSP 035 — BADGE NO., AGENCY AND JURISDICTION
for ______ SHERIFF

Attorney for the Accused:

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

Trooper Reynolds, J.C. 1278 VSP, Complainant.

**CCRE/Fingerprinting Required**

10/26/2023 06:02 PM — DATE AND TIME ISSUED

[signature] [ ] CLERK [x] MAGISTRATE [ ] JUDGE
E. G. Puckett

Short Offense Description (not a legal definition):
UNAUTHORIZED USE OF VEHICLE VALUED >=$1000
Conspiracy

Offense Tracking Number: 071GM2300001657

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code: LAR-2412-C6

FELONY

FORM DC-312 (MASTER, PAGE ONE OF TWO) 03/21

# COMMITMENT ORDER

Commonwealth of Virginia

ACCUSED: Shushok, Christian Francis
NAME (LAST, FIRST, MIDDLE)

ADDRESS: 408 Piedmont St.
Blacksburg, VA 24060

SSN: 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 DOB: 11/30/2001

Jurisdiction: Giles

[ ] General District Court (Traffic)
[X] General District Court (Criminal)
[ ] General District Court (Civil)
[ ] Juvenile & Domestic Relations District Court
[ ] Circuit Court

SEX: [X] Male [ ] Female

STATUS: [X] Adult [ ] Juvenile

CHARGED UNDER: [X] State [ ] Local Ordinance

CHARGE(S):

| Offense Tracking Number | Offense Date | Virginia Crime Code (For Administrative Use Only) | Code Section | Case Number |
|---|---|---|---|---|
| 071GM2300001658 | 10-16-23 | CNS-3209-M1<br>INJURE REPUTATION/TRADE/BUSINESS: CONSPIRE | 18.2-499 | |
| 071GM2300001657 | 10-16-23 | LAR-2412-C6<br>UNAUTHORIZED USE OF VEHICLE VALUED >=$1000 | 18.2-22/18.2-102/46.2-390 | |
| 071GM2300001644 | 10-16-23 | KID-1010-F5<br>ABDUCTION: BY FORCE,ETC, TO DEPRIVE OF LIBERTY | 18.2-47 | |

[ ] Addendum listing additional charges is attached and incorporated.

BAIL: $ 3,500.00 [X] Secured [ ] Unsecured [ ] Recognizance
[ ] Held without bail [ ] No additional bail required
[ ] Release by Judicial Officer to custody of responsible person or when accused is no longer intoxicated

Accused [X] may [ ] may not depart the Commonwealth of Virginia. [X] Other conditions of bail on page two.

If **NOT released** on bail,
Court appearance location, date and time:
[x] GENERAL DISTRICT [ ] J&DR [ ] CIRCUIT
Giles
Nov 14, 2023 08:00 AM

If **released** on bail,
Hearing date and time:
Nov 28, 2023 08:00 AM

[ ] Since accused is unable or unwilling to participate in a bail hearing, I order accused to be returned to Judicial Officer for bail determination.

[ ] Currently serving sentence

[ ] Charges pending in ........ Court

Place held in custody (if other than facility serving this jurisdiction): Dublin
NAME OF FACILITY

TO THE SHERIFF, JAIL OFFICER OR CORRECTI[...] : are ordered to take custody of and convey the accused to the Court, unless otherwise released.

11/13/2023 09:02 AM
DATE AND TIME

[signature]
[X] MAGISTRATE [ ] CLERK [ ] JUDGE E. G. Puckett

Received: 11/13/2023 0934
DATE AND TIME

By: [signature] 491

Case No(s). ..........

Offense Tracking Number(s): 071GM2300001658 , 071GM2300001657 , 071GM2300001644

Additional Conditions of Bail:

The Accused must

[ ] Submit to Drug/Alcohol Screening

[ ] Submit to Drug/Alcohol Testing

[ ] Comply with a Curfew of ..........

[ ] Avoid All Contact with..........

[ ] Refrain from Possessing Firearm, Destructive Device, Dangerous Weapon

[ ] Refrain from Excessive Use of Alcohol

[ ] Refrain from Use of Illegal Drugs/Controlled Substances not Prescribed by a Health Care Provider

[ ] Maintain or Seek Employment

[ ] Maintain or Commence Education

[ ] The Accused is assigned to home-electronic incarceration

[ ] The Accused is to be monitored by a GPS/other tracking device

[ ] The Accused is to accompany the arresting officer to the jurisdiction's fingerprinting facility and submit to having his photograph and fingerprints taken prior to release.

[X] Other: Do not go on or about Mountain Valley Pipeline jobsite.

**CBR 071GM2300001769**

# CHECKLIST FOR BAIL DETERMINATIONS

Commonwealth of Virginia

Name of the Accused Shushok, Christian Francis

Nature and Circumstances of the Offense 18.2-499 (M) Interfere /business, 18.2-47 (F) Abduction, 18.2-22 /18.2-102/46.2-390 (M) Conspiracy to Unauthorized Use.

Weight of the Evidence 408 Piedmont St./Salem-parents, served warrants

Length of Time in Community Salem-1 yr. +lifelong in Blacksburg, stay w/friend.

Place of Employment student/seasonal/not currently How Long

Family Ties Salem-mother, father

Involvement in Education The University of the South, not recently.

Financial Resources $nothing currently he says.

Pending Charges NO

Was a firearm allegedly used in the offense: [X] No [ ] Yes

Currently on probation or parole? [X] No [ ] Yes

Prior criminal record NO

[ ] The secured bond provision in Virginia Code § 19.2-123 applies [ ] and is waived with the concurrence of the attorney of the Commonwealth or the attorney for the county, city or town.

Prior charges of failing to appear NO//Has been communicative with Atty.

Is this person likely to obstruct or attempt to obstruct justice or threaten, injure or intimidate or attempt to threaten, injure or intimidate a prospective witness, juror, victim, or family or household member as defined in Virginia Code § 16.1-228?

[X] No [ ] Yes Has been co-operative. Turned self in. //accused atty. states that CA takes no position on bond, but if Accused would get some bond, he would be ok with that.

[ ] Pursuant to Virginia Code § 19.2-130.1, terms of bail set in accordance with the order of a court that issued a capias.

Other information

Bail Set $3,500.00 Secured

Special instructions or conditions

[ ] Check if more information is on reverse

11/13/2023
DATE

E Gary Puckett

[X] MAGISTRATE [ ] JUDGE

E. G. Puckett

FORM DC-327 FRONT 07/21

11/13/2023 09:15 2762230501 VSP DIV4 DISPATCH PAGE 04/07

8/38 GILES 911 5409210154 Oct/26/2023 20:28:20

# WARRANT OF ARREST—MISDEMEANOR (STATE)

COMMONWEALTH OF VIRGINIA Va. Code § 19.2-71, -72

Giles
CITY OR COUNTY

[X] General District Court [X] Criminal [ ] Traffic
[ ] Juvenile and Domestic Relations District Court

TO ANY AUTHORIZED OFFICER:

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about 10/16/2023 (DATE) did unlawfully in violation of Section 18.2-499, Code of Virginia: combine, associate, agree, mutually undertake or concert together with another person for the purpose of willfully and maliciously injuring another in his, reputation, trade, business or profession.

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

Trooper Reynolds, J.C. 1278 VSP, Complainant.

Execution by summons [ ] permitted at officer's discretion. [X] not permitted.

10/26/2023 06:05 PM
DATE AND TIME ISSUED

E. G. Puckett [ ] CLERK [X] MAGISTRATE [ ] JUDGE

**CCRE/Fingerprinting Required**

FORM DC-314 (MASTER, PAGE ONE OF TWO) (7/21)

CASE NO. C23-4952

ACCUSED:
Shushok, Christian Francis
LAST NAME, FIRST NAME, MIDDLE NAME
331 Airport Rd.
ADDRESS/LOCATION
Blacksburg, VA 24060

To be completed upon service as Summons
Mailing address [ ] Same as above
[ ]

| RACE | SEX | BORN MO. DAY YR. | HT. FT. IN. | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|
| W | M | 11/30/2001 | 5' 06" | | BLU | BRO |

SSN 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

DL STATE

[ ] Commercial Driver's License
[ ] Commercial Motor Vehicle [ ] Hazardous Materials

CLASS 1 MISDEMEANOR

[X] EXECUTED by arresting the Accused named above on this day:
[ ] EXECUTED by summoning the Accused named above on this day:
[ ] For legal entities other than individuals, service pursuant to Va. Code § 19.2-76.

11-03-23 0820
DATE AND TIME OF SERVICE

J.M. Boone, ARRESTING OFFICER

505 VSP 035
BADGE NO., AGENCY AND JURISDICTION

For ______ SHERIFF

Attorney for the Accused:

Short Offense Description (not a legal definition): INJURE REPUTATION/TRADE/BUSINESS: CONSPIRE

Offense Tracking Number: 071GM2300001658

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code: CNS-3209-M1

M

11/28/23 AR.
Hearing Date/Time

2/4/24 8:30

STATE

# COMMITMENT ORDER

Commonwealth of Virginia

ACCUSED: Shushok, Christian Francis
NAME (LAST, FIRST, MIDDLE)

Jurisdiction: Giles

[ ] General District Court (Traffic)
[X] General District Court (Criminal)
[ ] General District Court (Civil)
[ ] Juvenile & Domestic Relations District Court
[ ] Circuit Court

ADDRESS: 408 Piedmont St.
Blacksburg, VA 24060

SSN: 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 DOB: 11/30/2001

SEX: [X] Male [ ] Female

STATUS: [X] Adult [ ] Juvenile

CHARGED UNDER: [X] State [ ] Local Ordinance

CHARGE(S):

| Offense Tracking Number | Offense Date | Virginia Crime Code (For Administrative Use Only) | Code Section | Case Number |
|---|---|---|---|---|
| 071GM2300001658 | 10-16-23 | CNS-3209-M1<br>INJURE REPUTATION/TRADE/BUSINESS: CONSPIRE | 18.2-499 | |
| 071GM2300001657 | 10-16-23 | LAR-2412-C6<br>UNAUTHORIZED USE OF VEHICLE VALUED >=$1000 | 18.2-22/18.2-102/46.2-390 | |
| 071GM2300001644 | 10-16-23 | KID-1010-F5<br>ABDUCTION: BY FORCE,ETC, TO DEPRIVE OF LIBERTY | 18.2-47 | |

[ ] Addendum listing additional charges is attached and incorporated.

BAIL: $ 3,500.00 [X] Secured [ ] Unsecured [ ] Recognizance
[ ] Held without bail [ ] No additional bail required
[ ] Release by Judicial Officer to custody of responsible person or when accused is no longer intoxicated

Accused [X] may [ ] may not depart the Commonwealth of Virginia. [X] Other conditions of bail on page two.

**If NOT released** on bail,
Court appearance location, date and time:
[x] GENERAL DISTRICT [ ] J&DR [ ] CIRCUIT
Giles
Nov 14, 2023 08:00 AM

If **released** on bail,
Hearing date and time:
Nov 28, 2023 08:00 AM

[ ] Since accused is unable or unwilling to participate in a bail hearing, I order accused to be returned to Judicial Officer for bail determination.

[ ] Currently serving sentence

[ ] Charges pending in ........ Court

Place held in custody (if other than facility serving this jurisdiction): Dublin
NAME OF FACILITY

TO THE SHERIFF, JAIL OFFICER OR CORRECTI[ONAL OFFICER: You] are ordered to take custody of and convey the accused to the Court, unless otherwise released.

11/13/2023 09:02 AM
DATE AND TIME

[signature]
[X] MAGISTRATE [ ] CLERK [ ] JUDGE E. G. Puckett

Received: 11/13/2023 0934
DATE AND TIME

By: [signature]

Case No(s). ..........

Offense Tracking Number(s): 071GM2300001658 , 071GM2300001657 , 071GM2300001644

Additional Conditions of Bail:

The Accused must

[ ] Submit to Drug/Alcohol Screening

[ ] Submit to Drug/Alcohol Testing

[ ] Comply with a Curfew of ..........

[ ] Avoid All Contact with..........

[ ] Refrain from Possessing Firearm, Destructive Device, Dangerous Weapon

[ ] Refrain from Excessive Use of Alcohol

[ ] Refrain from Use of Illegal Drugs/Controlled Substances not Prescribed by a Health Care Provider

[ ] Maintain or Seek Employment

[ ] Maintain or Commence Education

[ ] The Accused is assigned to home-electronic incarceration

[ ] The Accused is to be monitored by a GPS/other tracking device

[ ] The Accused is to accompany the arresting officer to the jurisdiction's fingerprinting facility and submit to having his photograph and fingerprints taken prior to release.

[X] Other: Do not go on or about Mountain Valley Pipeline jobsite.

CBR 071GM2300001769

# CHECKLIST FOR BAIL DETERMINATIONS

Commonwealth of Virginia

Name of the Accused Shushok, Christian Francis

Nature and Circumstances of the Offense 18.2-499 (M) Interfere /business, 18.2-47 (F) Abduction, 18.2-22 /18.2-102/46.2-390 (M) Conspiracy to Unauthorized Use.

Weight of the Evidence 408 Piedmont St./Salem-parents. served warrants

Length of Time in Community Salem-1 yr. +lifelong in Blacksburg. stay w/friend.

Place of Employment student/seasonal/not currently How Long

Family Ties Salem-mother, father

Involvement in Education The University of the South, not recently.

Financial Resources $nothing currently he says.

Pending Charges NO

Was a firearm allegedly used in the offense: [X] No [ ] Yes

Currently on probation or parole? [X] No [ ] Yes

Prior criminal record NO

[ ] The secured bond provision in Virginia Code § 19.2-123 applies [ ] and is waived with the concurrence of the attorney of the Commonwealth or the attorney for the county, city or town.

Prior charges of failing to appear NO//Has been communicative with Atty.

Is this person likely to obstruct or attempt to obstruct justice or threaten, injure or intimidate or attempt to threaten, injure or intimidate a prospective witness, juror, victim, or family or household member as defined in Virginia Code § 16.1-228?

[X] No [ ] Yes Has been co-operative. Turned self in. //accused atty. states that CA takes no position on bond, but if Accused would get some bond, he would be ok with that.

[ ] Pursuant to Virginia Code § 19.2-130.1, terms of bail set in accordance with the order of a court that issued a capias.

Other information

Bail Set $3,500.00 Secured

Special instructions or conditions

[ ] Check if more information is on reverse

11/13/2023
DATE

E Gary Puckett (signature)
[x] MAGISTRATE [ ] JUDGE

E. G. Puckett

FORM DC-327 FRONT 07/21

COURT COPY

B

**RECOGNIZANCE**

Va. Code §§ 9.1-185, 9.1-185.8, 19.2-123, 19.2-143, 19.2-258

Nov 28, 2023 08:00 AM
HEARING DATE AND TIME

Giles GEN DIST - CRIMINAL
COURT – CITY OR COUNTY

120 North Main St., Suite 1, Pearisburg, VA 24134
COURT – STREET ADDRESS

[x] Commonwealth of Virginia v. SHUSHOK, Christian Francis
DEFENDANT – NAME (LAST, FIRST, MIDDLE)

[ ] ..........

408 Piedmont St., Blacksburg, VA 24060 (540) 998 - 3322
DEFENDANT – RESIDENTIAL ADDRESS AND TELEPHONE NUMBER

Mailing address: [x] Same as above OR [ ] ..........

I certify that this document contains my current mailing address.

**CHARGES(s):**

| Offense Tracking Number | Virginia Crime Code (For Administrative Use Only) | Code Section | Case Number |
|---|---|---|---|
| 071GM2300001644 | KID-1010-F5 | 18.2-47 | 071GC2300495000 |
| | Description: ABDUCTION: BY FORCE,ETC. TO DEPRIVE OF LIBERTY | | |
| 071GM2300001657 | LAR-2412-C6 | 18.2-22/18.2-102/46.2-190 | 071GC2300495100 |
| | Description: UNAUTHORIZED USE OF VEHICLE VALUED >=$1000 | | |
| 071GM2300001658 | CNS-3209-M1 | 18.2-499 | 071GC2300495200 |
| | Description: INJURE REPUTATION/TRADE/BUSINESS: CONSPIRE | | |
| | | | |
| | Description: | | |
| | | | |
| | Description: | | |

[ ] Addendum listing additional charges is attached and incorporated.

**I, THE DEFENDANT**, as a condition of my release from custody, by signing this form, promise to appear in court on the date and time noted above. If this date, time or place is changed for any reason by any court or judge, I also promise to appear as so directed. I understand that I [x] may [ ] may not leave the Commonwealth of Virginia until my case, and any appeals in my case, are finished. I further agree to keep the peace and be of good behavior and agree to the conditions listed below.

Do not go on or about Mountain Valley Pipeline jobsite.

**Notice to the Defendant:** You must accompany the arresting officer to the jurisdiction's fingerprinting facility to have your photograph and fingerprints taken prior to your release, if the arresting officer requires you to do so.

**I, THE DEFENDANT, UNDERSTAND THAT:** (1) If I fail to obey the conditions, I may be ARRESTED and, bail may be revoked; (2) if I fail to appear, the court may try and convict me in my absence; (3) if I fail to appear in the Circuit Court on a misdemeanor charge, I give up my right to a jury trial; (4) failure to appear is a separate crime; (5) **I must promptly notify the court of any change in my mailing address or where I live while this case is pending.**

X ____________________
SIGNATURE OF DEFENDANT

11/13/2023
DATE

**CBR 071GM2300001772**

[X] Commonwealth of Virginia v. SHUSHOK, Christian Francis
DEFENDANT – NAME (LAST, FIRST, MIDDLE)

[ ]

**BOND AS CONDITION OF RECOGNIZANCE:** By signing this bond, the defendant and each person signing as surety agree that they and their heirs and assigns owe the sum of $ $3,500.00 to the county or city in which the case is prosecuted. This debt is: [ ] UNSECURED [X] SECURED BY [X] Cash [ ] Surety Bail Bondsman [ ] Property Bail Bondsman [ ] Other Solvent Surety(ies) whose ability to pay this debt is measured by the value of real or personal property which they own and who further swear or affirm that the value of such property (after subtracting debts that are liens against the property such as mortgages, unpaid judgments, and unpaid tax liens) equals or exceeds the amount of this bond. Each person who signs this bond agrees to the bond terms and any attached applicable terms are incorporated by reference.

The defendant and each person who signs the bond as a surety give up any homestead exemption as to the debt of this bond and understand that the court may force the sale of ANY property owned by the defendant or any surety to pay the debt if the defendant fails to obey all of the terms and conditions of the recognizance. Each person who signs this bond promises to keep the title and possession of all property used to measure the ability to pay the debt of this bond in his or her name and not use such property as collateral for any loan or debt to allow liens against such property which would prevent the payment of the debt of the bond. The terms and conditions of the recognizance are incorporated by reference, and each person who signs the form agrees to obey all of the terms and conditions on both sides of this form. If the defendant obeys all of the conditions listed in the recognizance, the debt of this bond is void. If the defendant fails to obey the condition of appearance of the recognizance, the people who signed the bond may be required to pay the amount of the bond.

X [signature] (SEAL)
DEFENDANT

**BAIL BONDSMAN INFORMATION**

| | |
|---|---|
| NAME OF BAIL BONDSMAN | SIGNATURE OF BAIL BONDSMAN (SEAL) |
| BAIL BONDSMAN DCJS LICENSE NO. | NAME OF INSURANCE COMPANY |
| NAME OF BONDING COMPANY | NAME OF REGISTERED AGENT |
| ADDRESS OF BAIL BONDSMAN/BONDING COMPANY | ADDRESS OF REGISTERED AGENT |
| TELEPHONE NO. OF BAIL BONDSMAN/BONDING COMPANY | TELEPHONE NO. OF REGISTERED AGENT |

**OTHER SURETY(IES) INFORMATION**

| | |
|---|---|
| Kimberly Lynn Ellis<br>NAME OF SURETY | X [signature] (SEAL)<br>SIGNATURE OF SURETY |
| 38910 Coal River Rd., Whitesville, WV 25209<br>ADDRESS | (310) 560 - 2915<br>TELEPHONE NO. |
| NAME OF SURETY | SIGNATURE OF SURETY (SEAL) |
| ADDRESS | TELEPHONE NO. |

([ ] check if applicable) The defendant is released into the custody of the person/organization named below upon completion of this part: By signing this part, the custodian named below agrees to take custody of the defendant and see that the defendant obeys the conditions listed above. If the defendant disappears or does not obey every condition, the custodian promises to notify the court at once.

CUSTODIAN - NAME AND ADDRESS | SIGNATURE OF CUSTODIAN

[X] This recognizance was taken by a magistrate prior to the first appearance of the defendant before a judge.

**RIGHT TO APPEAL:**
You have the right to appeal the amount of this bond. You also have the right to appeal any condition of release. If you want to appeal, contact a lawyer or the court listed on the other side of this form.

| | |
|---|---|
| ADMITTANCE TO BAIL: After I explained the conditions and warnings contained in this document, the defendant and each person signing as surety swore or affirmed to fulfill the recognizance and, if any, the bond. I order the defendant released on the conditions listed in this document. | [signature] Charles Warren Davis<br>[ ] CLERK [X] MAGISTRATE [ ] JUDGE<br><br>JURISDICTION (IF DIFFERENT FROM COURT)<br><br>11/13/2023 11:48 AM<br>DATE AND TIME |

CBR 071GM2300001772

Offense Tracking Number(s): 071GM2300001644 , 071GM2300001657 , 071GM2300001658

[x] Commonwealth of Virginia v. SHUSHOK, Christian Francis
DEFENDANT – NAME (LAST, FIRST, MIDDLE)

[ ] ..................................................

COURT COPY

**BOND SECURED WITH CASH:**

1. According to the provisions of § 58.1-535, if the person who posted the cash bond (which means the defendant or any other person who posted the cash bond for him or her), owes any debts to the court where the bond is posted and has not made provision to otherwise satisfy that debt, the cash bond or any balance remaining after payment of fines and costs, may be claimed by the court under the Virginia Setoff Debt Collection Act. Written notice will be given to the person who posted the cash bond that it will be taken to pay debts to the court and the person may contest that action in a hearing before a hearing officer.

2. If the defendant appears and obeys all of the conditions of the Recognizance and is convicted, according to the provisions of Virginia Code § 19.2-121, the court may not take the fines and costs out of the cash bond posted unless the defendant, if he or she posted the cash bond, or the person who posted the cash bond for the defendant, agrees to let the court do so.

   I have posted the cash bond. I agree to let the court take the fines and costs out of the cash bond.

   SURETY ______________________ DEFENDANT ______________________

3. If the defendant fails to come to court on the date and time listed in this document, or on any other dates, times or places which any court or judge may set, the defendant gives up any right to notice of any proceeding to forfeit (collect on) the bond, and the court may forfeit the bond without notifying the defendant. The defendant also agrees that any notice of a proceeding to forfeit the bond does not renew a right to such notice. If the court does contact the defendant about any hearing concerning forfeiture of the bond, the court does not have to notify the defendant again about any subsequent action.

4. When a cash bond is posted and the defendant does not come to court and is convicted, the court must take the fines and costs out of the cash bond posted. The court also must forfeit any of the cash bond left over without further notice. If the court grants a rehearing and finds that good cause has been shown, the court may remit any amount of the cash bond not applied to fines or costs and order a refund by the State Treasurer, or by the treasurer or director of finance of the locality if the bond was collected by a locality pursuant to § 19.2-136. This means that if the court decides that there is a good reason to do so, the defendant may get back that part of a cash bond not used to pay fines and costs.

5. When a cash bond is posted, the defendant does not come to court, and the court does not try the defendant in his or her absence, the court must forfeit the entire cash bond at once and without further notice. If the defendant appears in court within 60 days after the court forfeits the bond, the court may order a refund of all or part of the cash bond by the State Treasurer, or by the treasurer or director of finance of the locality if the bond was collected by a locality pursuant to § 19.2-136.

6. Once the court has made a decision on all the cases covered by this bond, the person who posted the cash bond should contact the clerk's office concerning a refund. If the court convicted the defendant and if the person who posted the cash agreed to allow the court to subtract all fines and costs from the bond, there may not be a refund.

COURT COPY

OFFICIAL RECEIPT
OFFICE of the MAGISTRATE
For
Giles GEN DIST - CRIMINAL
120 North Main St., Suite 1
Pearisburg, VA 24134

RECEIPT: 003265-23

DATE: 11/13/2023 TIME: 11:48:07:268 ACCOUNT: 071GC2300495000
MAGISTRATE: Charles Warren Davis
ACCT. OF: SHUSHOK, Christian Francis
RECD. OF: Kimberly Lynn Ellis

CASH / ELEC. PMT: $3,500.00 (CASH)

| CHARGE(S): | OTN / CASE NUMBER | SHORT DESCRIPTION |
|---|---|---|
| | 071GM2300001644 / 071GC2300495000 | ABDUCTION: BY FORCE,ETC, TO DEPRIVE OF LIBERTY |
| | 071GM2300001657 / 071GC2300495100 | UNAUTHORIZED USE OF VEHICLE VALUED >=$1000 |
| | 071GM2300001658 / 071GC2300495200 | INJURE REPUTATION/TRADE/BUSINESS: CONSPIRE |

| CODE: | DESCRIPTION: | AMOUNT PAID |
|---|---|---|
| 502 | BONDS – CRIMINAL | $3,500.00 |

MAGISTRATE OFFICE

COURT COPY
RECEIPT COPY 1 OF 3

# RELEASE ORDER

R

COURT COPY

ACCUSED: SHUSHOK, Christian Francis
NAME (LAST, FIRST, MIDDLE)

ADDRESS: 408 Piedmont St.
Blacksburg, VA 24060

SSN: 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 DOB: 11/30/2001

Jurisdiction: Giles

[ ] GENERAL DISTRICT (TRAFFIC)
[x] GENERAL DISTRICT (CRIMINAL)
[ ] GENERAL DISTRICT (CIVIL)
[ ] J&DR DISTRICT COURT
[ ] CIRCUIT COURT

**CHARGE(S):**

| Offense Tracking Number | Virginia Crime Code (For Administrative Use Only) | Code Section | Case Number |
|---|---|---|---|
| 071GM2300001644 | KID-1010-F5<br>ABDUCTION: BY FORCE,ETC, TO DEPRIVE OF LIBERTY | 18.2-47 | 071GC2300495000 |
| 071GM2300001657 | LAR-2412-C6<br>UNAUTHORIZED USE OF VEHICLE VALUED >=$1000 | 18.2-22/18.2-102/46.2-30 | 071GC2300495100 |
| 071GM2300001658 | CNS-3209-M1<br>INJURE REPUTATION/TRADE/BUSINESS: CONSPIRE | 18.2-499 | 071GC2300495200 |

[ ] Addendum listing additional charges is attached and incorporated.

TO THE SHERIFF, JAIL OFFICER OR CORRECTIONAL OFFICER:
You are ordered to RELEASE the accused on the above charge(s).

11/13/2023 11:48 AM
DATE AND TIME

[signature]
[X] MAGISTRATE [ ] CLERK [ ] JUDGE
Charles Warren Davis

Released 11/13/23 1241 AM/PM By Sgt Bain 15
DATE AND TIME

**RELEASE ORDER**

CBR 071GM2300001773

FORM DC-353 REVISED 6/06