AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF VIRGINIA

| Mountain Valley Pipeline, LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 7:23-cv-00809 |
| Philip Ateto, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Philip Ateto, Barkha Bhandari, Joel Davis, Kidus Girma, Klea Hazizaj, Devora Klionsky, Christian Shushok, Sloan Tuchet, and Brynn Cassidy West.

Date: March 19, 2024

*Attorney's signature*

Kira Kelley, Pro Hac Vice (MN Bar ID 402932)
*Printed name and bar number*

P.O. Box 7040; Minneapolis MN 55407
*Address*

kira@climatedefenseproject.org
*E-mail address*

802-683-4086
*Telephone number*

*FAX number*