IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 7:23cv00809 |
| PHILIP ATETO, et al., | ) |
| Defendants. | ) |

ORDER

Upon consideration of Plaintiff's Motion to Amend Complaint and to Add a Defendant, Dkt. No. 25, it is ORDERED that the motion is granted and plaintiff has leave to file its proposed amended complaint.

Entered: March 19, 2024.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge

Abingdon: 1266735-1