AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| Mountain Valley Pipeline, LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 7:23-cv-00809 |
| Philip Ateto, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ashley Wagner

Date: April 4, 2024

*Attorney's signature*

Kira Kelley, Pro Hac Vice (MN Bar ID 402932)
*Printed name and bar number*

P.O. Box 7040; Minneapolis MN 55407
*Address*

kira@climatedefenseproject.org
*E-mail address*

(802) 683 4086
*Telephone number*

*FAX number*