Mountain Valley Pipeline, LLC v.
Philip Ateto, et al.
Case No. 7:23-cv-00809

Exhibit 1 to
Plaintiff's Response to Defendants' Motion
to Dismiss Amended Complaint

1901 (Ex. Sess.) Va. Acts, Ch. 229

# ACTS

AND

## JOINT RESOLUTIONS

PASSED BY THE

# GENERAL ASSEMBLY

OF THE

## STATE OF VIRGINIA,

DURING THE

EXTRA SESSION OF 1901.

---

RICHMOND:
J. H. O'BANNON, SUPERINTENDENT OF PUBLIC PRINTING,
1901.

CHAP. 229.—An ACT to give consent by the state of Virginia to acquisition by the United States, of such lands as may be needed for the establishment of a National forest reserve in the said state.

Approved February 15, 1901.

Whereas it is proposed that the federal government establish in the high mountain regions of Virginia and adjacent states, a national forest reserve, which will perpetuate these forests forever and preserve the headwaters of many important streams, and which will prove of great and permanent benefit to the people of this state; and

Whereas a bill has been introduced in the federal congress providing for the purchase of such lands for said purpose; therefore,

1. Be it enacted by the general assembly of Virginia, That the consent of the state of Virginia be, and is, hereby given to the acquisition by the United States, by purchase or gift, or by condemnation according to law, of such lands in Virginia as in the opinion of the federal government may be needed for the establishment of such a national forest reserve in that region: provided, that the state shall retain a concurrent jurisdiction with the United States in and over such lands so far that civil process in all cases, and such criminal process as may issue under the authority of the state against any person charged with the commission of any crime without or within said jurisdiction, may be executed thereon in like manner as if this act had not been passed. And provided, that in all condemnation proceedings the rights of the federal government shall be limited to the specific objects set forth by the laws of the United States in regard to forest reserves.

2. That power is hereby conferred upon congress to pass such laws as it may deem necessary to the acquisition, as hereinbefore provided, for incorporation in said national forest reserve such forest-covered lands lying in Virginia as in the opinion of the federal government may be needed for this purpose.

3. Power is hereby conferred upon congress to pass such laws and to make or to provide for the making of such rules and regulations of both civil and criminal nature, and provide punishment for violation thereof, as in its judgment may be necessary for the management, control and protection of such lands as may be from time to time acquired by the United States under the provisions of this act.

4. This act shall be in force from its passage.

CHAP. 230.—An ACT to amend and re-enact section 3319 of the Code of Virginia, as amended and re-enacted, so as to give Rappahannock county five commissioners in chancery.

Approved February 15, 1901.

1. Be it enacted by the general assembly of Virginia, That section thirty-three hundred and nineteen, code of Virginia, as amended by an