IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 7:23CV00809 |
| ) | |
| PHILIP ATETO, ET AL. ) | |
| ) | |
| Defendants. ) | |

## ASSENTED-TO MOTION TO ACCEPT LATE FILING

Defendants Philip Ateto, Barkha Bhandari, Joel Davis, Kidus Girma, Klea Hazizaj, Devora Klionsky, Christian Shushok, Sloan Touchet, Brynn Cassidy West, and Ashley Wagner ("Defendants") respectfully ask this Court to accept Defendants' Reply to Plaintiff's Response to Motion to Dismiss. This filing was due at 11:59PM on May 6, 2024 and was submitted late due to the filing attorney's error, at 12:37 PM on May 7, 2024.

The undersigned attorney acknowledges their responsibility to submit filings by the deadline and their failure to do so in this case, and will take steps moving forward to avoid a recurrence of this issue.

Attorneys for the Plaintiff, Mountain Valley Pipeline, assent to this motion.

WHEREFORE, the undersigned counsel respectfully request that the Court:

a. Accept Defendants' Reply to Plaintiff's Response to Motion to Dismiss; and

b. Grant any other relief as is deemed equitable and just.

Respectfully submitted this 14th Day of May, 2024,

PHILIP ATETO, BARKHA BHANDARI, JOEL DAVIS, KIDUS GIRMA, KLEA HAZIZAJ,

DEVORA KLIONSKY, CHRISTIAN SHUSHOK SLOAN TOUCHET, ASHLEY STECHER WAGNER, AND BRYNN WEST

By: /s/ Kira A. Kelley
Kira A. Kelley, *Pro Hac Vice*
MN Bar: 402932
Climate Defense Project
P.O. Box 7040
Minneapolis, MN 55407
Email: kira@climatedefenseproject.org
Telephone: (802) 683-4086

/s/ Paul G. Beers
Paul G. Beers (VSB # 26725)
Glenn, Feldmann, Darby & Goodlatte
111 Franklin Road, S.E., Suite 200
P. O. Box 2887
Roanoke, Virginia 24001-2887
Telephone: (540) 224-8000
Facsimile: (540) 224-8050
Email: pbeers@glennfeldmann.com

Counsel for Defendants

### CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2024, I electronically filed the foregoing Assented-to Motion to Accept Late Filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

/s/ Kira Kelley
Kira Kelley, Esq.