# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**Mountain Valley Pipeline, LLC**

vs.

**Philip Ateto, et al**

Action No:   7:23cv809
Date:   6/21/2024
Judge:   Elizabeth K. Dillon
Court Reporter:   J. Webb
Deputy Clerk:   K. Anglim

Plaintiff Attorney(s)
Seth Land
Wade Massie

Defendant Attorney(s)
Paul Beers
Kira Kelley

PROCEEDINGS:
Parties present by counsel for oral argument on defendant's Motion to Dismiss for Failure to State a Claim and Motion to Dismiss for Lack of Jurisdiction (dkt. 32).
Argument, Objections, Rebuttal as reflected in the record.
Court takes under advisement and will rule in near future.

Time in Court: 10:20 – 11:03a; 43m