CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
March 17, 2025
LAURA A. AUSTIN, CLERK
BY: s/ S. Neily, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC, | ) |
| Plaintiff, | ) |
| | ) Case No. 7:23cv00809 |
| v. | ) |
| | ) By: Elizabeth K. Dillon |
| PHILIP ATETO, *et al.*, | )     Chief United States District Judge |
| Defendants. | ) |

**ORDER**

For the reasons set forth in the accompanying memorandum opinion, the court hereby ORDERS as follows:

1. Defendants' motion to dismiss plaintiff's amended complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) (Dkt. No. 32) is DENIED.

2. Not later than thirty days after entry of this order, defendants shall file their answer to the amended complaint.

3. The parties are DIRECTED to confer and provide a report to the court under Federal Rule of Civil Procedure 26(f) not later than ten days after defendants file their answer.

Entered: March 17, 2025.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
Chief United States District Judge