IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 7:23-cv-00809 |
| ) | |
| PHILIP ATETO, et al., ) | |
| ) | |
| Defendants. ) | |

REPORT OF THE PARTIES' RULE 26(f) PLANNING MEETING

1. The following counsel participated in a Rule 26(f) conference on April 25, 2025:

    Representing the plaintiff Mountain Valley Pipeline, LLC:

        Wade W. Massie
        Seth M. Land
        Penn, Stuart & Eskridge
        P.O. Box 2288
        Abingdon, Virginia  24212
        Telephone:  276/628-5151
        Facsimile:  276/628-5621
        wmassie@pennstuart.com
        sland@pennstuart.com

    Representing the defendants Philip Ateto, et al.:

        Kira A. Kelley
        Climate Defense Project
        P.O. Box 7040
        Minneapolis, MN 55407
        Telephone: 802/683-4086
        kira@climatedefenseproject.org

2

        Paul G. Beers
        Glenn, Feldmann, Darby & Goodlatte
        111 Franklin Road, S.E., Suite 200
        P.O. Box 2887
        Roanoke, Virginia 24001-2887
        Telephone: 540/224-8000
        Facsimile: 540/8050
        pbeers@glennfeldmann.com

2.    The parties will make their initial disclosures within 21 days from their meeting.

3.    The parties will contact Chambers for available dates for trial. The parties suggest that the Court set aside four days for trial of this case. Once trial dates are selected, the parties ask that the Court enter a scheduling order that establishes dates for:

- Expert disclosures;
- Motions to join other parties or amend pleadings;
- Completion of discovery;
- Dispositive motions;
- Other pretrial filings; and
- Trial.

4.    The parties anticipate that discovery will be needed on the following subjects:

- The incidents;
- Plaintiff's claims;
- Any defenses asserted by defendants; and

- Damages.

5. The parties do not seek any changes in the limitations on discovery at this time.

6. The parties recognize the requirement to preserve relevant evidence.

7. The parties will address any issues with electronic discovery as they arise.

8. The parties anticipate that there will be issues involving the assertion of privilege by defendants that the Court will need to decide.

Dated this 28th day of April, 2025.

Respectfully submitted,

MOUNTAIN VALLEY PIPELINE, LLC

By Counsel

Wade W. Massie
 VSB No. 16616
Seth M. Land
 VSB No. 75101
Penn, Stuart & Eskridge
P.O. Box 2288
Abingdon, Virginia  24212
Telephone:  276/628-5151
Facsimile:  276/628-5621
wmassie@pennstuart.com
sland@pennstuart.com

By  */s/ Wade W. Massie*
        Wade W. Massie

ABINGDON: 1361851-1

4

                              PHILIP ATETO
                              BARKHA BHANDARI
                              JOEL DAVIS
                              KIDUS GIRMA
                              KLEA HAZIZAJ
                              DEVORA KLIONSKY
                              CHRISTIAN SHUSHOK
                              SLOAN TOUCHET
                              BRYNN WEST
                              ASHLEY WAGNER

                              By Counsel

Kira A. Kelley
 *Pro Hac Vice*
 MN Bar: 402932
Climate Defense Project
P. O. Box 7040
Minneapolis, MN 55407
Telephone: 802/683-4086
kira@climatedefenseproject.org

By  */s/ Kira A. Kelley*
       Kira A. Kelley

Paul G. Beers
 VSB No. 26725
GLENN FELDMANN, DARBY & GOODLATTE
111 Franklin Road, S.E., Suite 200
Roanoke, Virginia 24011
Telephone:  540-224-8005
Facsimile:  540-224-8050
pbeers@glennfeldmann.com

By  */s/ Paul G. Beers*
       Paul G. Beers

5

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of April, 2025, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

*/s/ Wade W. Massie*
Wade W. Massie

ABINGDON: 1361851-1