IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PHILIP ATETO, ET AL. )<br>)<br>Defendants. ) | Case Number: 7:23CV00809 |

## NOTICE OF CONSTITUTIONAL QUESTION

Pursuant to Fed. R. Civ. P. 5.1, Defendants Philip Ateto, Barkha Bhandari, Joel Davis, Kidus Girma, Klea Hazizaj, Devora Klionsky, Christian Shushok, Sloan Touchet, Brynn West, and Ashley Wagner ("Defendants") hereby provide notice of the following constitutional question, raised in their Responsive Pleadings to Complaint (Dkt. 48);

    Is § 18.2-499 is Unconstitutionally Vague, Both On Its Face and as Applied to Defendants?

The Responsive Pleadings to Complaint and a copy of this Notice have been served on the Attorney General via email to Graham K. Bryant, Deputy Solicitor General of Virginia.

                                          By:   /s/ Kira A. Kelley
                                                          Kira A. Kelley

Kira A. Kelley, *Pro Hac Vice*
MN Bar: 402932
Climate Defense Project
P.O. Box 7040
Minneapolis, MN 55407
Email: kira@climatedefenseproject.org
Telephone: (802) 683-4086
Counsel for Defendants

Paul G. Beers (VSB # 26725)
Glenn, Feldmann, Darby & Goodlatte
111 Franklin Road, S.E., Suite 200
P. O. Box 2887
Roanoke, Virginia 24001-2887
Telephone: (540) 224-8000
Facsimile: (540) 224-8050
Email: pbeers@glennfeldmann.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2025, I electronically filed the foregoing Notice of Constitutional Question with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

/s/ Kira A. Kelley
Kira A. Kelley