IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

November 14, 2025
LAURA A. AUSTIN, CLERK
BY: s/ S. Neily, Deputy Clerk

MOUNTAIN VALLEY PIPELINE, LLC,    )
    )
    Plaintiff,    )
    )
v.    )    Case No. 7:23-cv-00809
    )
PHILIP ATETO, et al.,    )
    )
    Defendants.    )

## AGREED FINAL ORDER GRANTING PERMANENT INJUNCTION AS TO CERTAIN DEFENDANTS

Plaintiff Mountain Valley Pipeline, LLC ("MVP") has filed this action against defendants for events occurring during construction of the pipeline. MVP and defendants Philip Ateto ("Ateto"), Barkha Bhandari ("Bhandari"), Benjamin Joel Davis ("Davis"), Kidus Girma ("Girma"), Devora Klionsky ("Klionsky"), and Christian Shushok ("Shushok") have reached an agreement on the issues raised in this action, and the parties have filed a joint motion for entry of an agreed injunction order, Dkt. No. 53. Upon consideration of the motion and the reasons stated in support of the motion, the Court finds that the proposed agreement is fair, adequate, and reasonable and is not illegal, a product of collusion, or against public interest. It is therefore ORDERED as follows:

1.    Ateto, Bhandari, Davis, Girma, Klionsky, and Shushok are hereby permanently enjoined from unlawfully entering onto, unlawfully interfering with access to, or unlawfully interfering with operations on any site owned or operated by MVP, to

include any property on which MVP, and its successors and assigns, owns or otherwise maintains a right of way.

      2.    MVP, Ateto, Bhandari, Davis, Girma, Klionsky, and Shushok agree that this injunction is enforceable upon any and all property owned or operated by MVP and its successors and assigns in the United States.

      3.    MVP's claims for damages against Ateto, Bhandari, Davis, Girma, Klionsky, and Shushok in this case are hereby dismissed with prejudice.

      4.    This action shall remain pending against the remaining defendants.

Entered: November 14, 2025.

*/s/ Elizabeth K. Dillon*

Elizabeth K. Dillon
Chief United States District Judge