IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
December 16, 2025
LAURA A. AUSTIN, CLERK
BY: s/ S. Neily, Deputy Clerk

MOUNTAIN VALLEY PIPELINE, LLC, )
)
Plaintiff, )
)
v. ) Case No. 7:23-cv-00809
)
ASHLEY STECHER WAGNER,[1] et al., )
)
Defendants. )

AGREED FINAL ORDER GRANTING PERMANENT INJUNCTION AS TO DEFENDANT WEST

Plaintiff Mountain Valley Pipeline, LLC ("MVP") has filed this action against defendant Brynn Cassidy West ("West") and other defendants for events occurring during construction of the pipeline. MVP and West have reached an agreement on the issues raised in this action, and MVP and West have filed a joint motion for entry of an agreed injunction order, Dkt. No. 56. Upon consideration of the motion and the reasons stated in support of the motion, the Court finds that the proposed agreement is fair, adequate, and reasonable and is not illegal, a product of collusion, or against public interest. It is therefore ORDERED as follows:

1. West is hereby permanently enjoined from unlawfully entering onto, unlawfully interfering with access to, or unlawfully interfering with operations on any

[1] Because the first-named defendant (Ateto) is no longer a party to the case and the remaining parties appear to agree that Wagner should be the first-named defendant based on her name being listed first in their joint proposed order, the Clerk is DIRECTED to amend the style of the case as reflected herein.

site owned or operated by MVP, to include any property on which MVP, and its successors and assigns, owns or otherwise maintains a right of way.

2. MVP and West agree that this injunction is enforceable upon any and all property owned or operated by MVP and its successors and assigns in the United States.

3. MVP's claims for damages against West in this case are hereby dismissed with prejudice.

4. This action shall remain pending against the remaining defendants.

Entered: December 16, 2025.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
Chief United States District Judge