IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED

January 22, 2026

LAURA A. AUSTIN, CLERK
BY: /s/ Erica Jones
DEPUTY CLERK

Mountain Valley Pipeline, LLC,    )
      Plaintiff,    )    Civil Action No. 7:23-cv-00809
v.    )
    )    SCHEDULING ORDER ADDENDUM
Ashley Stecher Wagner et al.,    )
      Defendants.    )    By:    Joel C. Hoppe
    )    United States Magistrate Judge

1.    The parties should contact Judge Hoppe's chambers by email at hoppe.ecf@vawd.uscourts.gov for scheduling any matters before Judge Hoppe.

2.    Before filing a contested discovery motion, the parties must email Judge Hoppe's chambers at hoppe.ecf@vawd.uscourts.gov and attach to the email a joint document of no more than five (5) pages identifying the discovery request(s) at issue, the parties' arguments for why the discovery should or should not be produced, and the requesting party's certification under Rule 26(c)(1) of the Federal Rules of Civil Procedure that the party "has in good faith conferred or attempted to confer with the other affected parties in an effort to resolve the dispute without court action." Fed. R. Civ. P. 26(c)(1); *accord* Fed. R. Civ. P. 37(a)(1). The Court expects that the parties will work collaboratively to prepare the joint document. After receiving the parties' email, chambers will direct the Clerk's office to file the document on CM/ECF and promptly schedule an informal hearing on the record.

It is so ORDERED.        ENTER: January 22, 2026

Joel C. Hoppe
U.S. Magistrate Judge