Mountain Valley Pipeline, LLC v.
Ashley Stetcher Wagner, et al.
Case No. 7:23-cv-00809

Exhibit 1 to
Joint Motion for Entry of Agreed Injunction
As to Remaining Defendants

Agreed Final Order Granting Permanent Injunction
As to Remaining Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 7:23-cv-00809 |
| | ) | |
| ASHLEY STETCHER WAGNER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

AGREED FINAL ORDER GRANTING PERMANENT INJUNCTION
AS TO REMAINING DEFENDANTS

Plaintiff Mountain Valley Pipeline, LLC ("MVP") has filed this action against defendants Ashley Stecher Wagner ("Wagner"), Sloan Touchet ("Touchet"), Klea Hazizaj ("Hazizaj"), and Madeline Ffitch ("Ffitch"), and other defendants who were previously dismissed, for events occurring during construction of the pipeline. MVP and Wagner, Touchet, Hazizaj, and Ffitch have reached agreements on the issues raised in this action, and the parties have filed a joint motion for entry of an agreed injunction order, Dkt. No. ____. Upon consideration of the motion and the reasons stated in support of the motion, the Court finds that the proposed agreement is fair, adequate, and reasonable and is not illegal, a product of collusion, or against public interest. It is therefore ORDERED as follows:

1. Wagner, Touchet, Hazizaj, and Ffitch are hereby permanently enjoined from unlawfully entering onto, unlawfully interfering with access to, or unlawfully interfering with operations on any site owned or operated by MVP, to include

any property on which MVP, and its successors and assigns, owns or otherwise maintains a right of way.

2. MVP and Wagner, Touchet, Hazizaj, and Ffitch agree that this injunction is enforceable upon any and all property owned or operated by MVP and its successors and assigns in the United States.

3. MVP's claims for damages against Wagner, Touchet, Hazizaj, and Ffitch in this case are hereby dismissed with prejudice.

ENTER: this _____ day of ____________, 2026.

____________________________________

CHIEF UNITED STATES DISTRICT JUDGE