IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED
April 16, 2026
LAURA A. AUSTIN, CLERK
BY: /s/ T. Costa
DEPUTY CLERK

| | | |
|---|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 7:23-cv-00809 |
| | ) | |
| ASHLEY STETCHER WAGNER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED FINAL ORDER GRANTING**
**PERMANENT INJUNCTION AS TO REMAINING DEFENDANTS**

Plaintiff Mountain Valley Pipeline, LLC ("MVP") has filed this action against defendants Ashley Stecher Wagner ("Wagner"), Sloan Touchet ("Touchet"), Klea Hazizaj ("Hazizaj"), and Madeline Ffitch ("Ffitch"), and other defendants who were previously dismissed, for events occurring during construction of the pipeline. MVP and Wagner, Touchet, Hazizaj, and Ffitch have reached agreements on the issues raised in this action, and the parties have filed a joint motion for entry of an agreed injunction order, Dkt. No. 66. Upon consideration of the motion and the reasons stated in support of the motion, the Court finds that the proposed agreement is fair, adequate, and reasonable and is not illegal, a product of collusion, or against public interest. It is therefore ORDERED as follows:

1. Wagner, Touchet, Hazizaj, and Ffitch are hereby permanently enjoined from unlawfully entering onto, unlawfully interfering with access to, or unlawfully interfering with operations on any site owned or operated by MVP, to include

any property on which MVP, and its successors and assigns, owns or otherwise maintains a right of way.

2. MVP and Wagner, Touchet, Hazizaj, and Ffitch agree that this injunction is enforceable upon any and all property owned or operated by MVP and its successors and assigns in the United States.

3. MVP's claims for damages against Wagner, Touchet, Hazizaj, and Ffitch in this case are hereby dismissed with prejudice.

The Clerk is DIRECTED to STRIKE this case from the active docket of the court.

Entered: April 16, 2026.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
Chief United States District Judge